**John M. BURCH, Plaintiff-Appellee,**

v.

**INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL–CIO, Defendant-Appellant.**

**No. 71-1886**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Dec. 10, 1971.

---

\* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

The judgment of the district court, 337 F.Supp. 303 is affirmed. See Local Rule 21.[1] That court's finding that the termination of Burch's membership was arbitrary and discriminatory is not clearly erroneous. Moreover, the district court properly construed the "appropriate relief" provision of the Landrum-Griffin Act to permit the award of attorney's fees in this case. 29 U.S.C. § 412; Gartner v. Soloner, 3 Cir. 1967, 384 F.2d 348, cert. den'd 390 U.S. 1040, 88 S.Ct. 1633, 20 L.Ed.2d 302.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.